

#7735
$ 3.79
12/3/10

# GORDON & SCHAAL, LLP
## ATTORNEYS AT LAW
1039 MONROE AVENUE
ROCHESTER, NEW YORK 14620

Telephone (585-244-1070
Facsimile (585-244-1085

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1400 United States Courthouse
100 State Street
Rochester, New York 14614

Re: (Case Name) Clark, Christopher J>/Case # 07-21909
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 3.79. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Crystal Rock Bottled Water   Amount $ 46.20   Claims Register # 4

Kenneth W. Gordon
Chapter 7 Trustee